PER CURIAM.
 

 Affirmed. See Wainwright v. State,
 
 983 So.2d 635 (Fla. 4th DCA),
 
 rev. denied,
 
 996 So.2d 214 (Fla.2008);
 
 Dwyer v. State,
 
 981 So.2d 606 (Fla. 4th DCA 2008);
 
 see also Chandler v. State,
 
 1 So.3d 284 (Fla. 2d DCA 2009) (recognizing that
 
 Ey v. State,
 
 982 So.2d 618, 624 (Fla.2008), superseded the second district’s cases to the contrary).
 

 POLEN, STEVENSON and CIKLIN, JJ., concur.